1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11

12    Hyundai Motor America, Inc.,              Case No. 8:19-cv-01880-JLS-KES

13                  Plaintiff,                  ORDER GRANTING
                                                UNOPPOSED JOINT
14          v.                                  STIPULATED MOTION
                                                REGARDING SCHEDULING
15    BNSF Railway Company, CSX                 CONFERENCE AND
      Transportation, Inc., Norfolk Southern   DEADLINES UNDER FED. R.
16    Railway Company, and Union Pacific        CIV. P. 26(A)(1) AND (F)
      Railroad Company,
17                                              Judge:      Josephine L. Staton
                    Defendants.
18

19

20          AND NOW, upon consideration of the Unopposed Joint Stipulated Motion

21
      Regarding Scheduling Conference and Deadlines under Federal Rule of Civil
22

23    Procedure 26(a)(1) and (f) in the above-caption case, it is hereby ORDERED that the

24    MOTION is GRANTED:

25
            a.      The Scheduling Conference currently set for February 7, 2020 in
26

27    the above-captioned case, and all related meet and confer, disclosure, and

28    reporting deadlines are vacated; and

1

2

3

       b.    If this case remains in this Court after resolution of the JPML Motion, the parties shall file a status report with the Court within 14 days of the Judicial Panel on Multidistrict Litigation's Order on the JPML Motion so that this Court can take appropriate action, including resetting the Scheduling Conference and associated deadlines.

4

5

6

7

8

9

**IT IS SO ORDERED.**

10

Dated:  01/29/2020

11

12

_____

Hon. Josephine L. Staton

13

United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28