ACCO,(KESx),CLOSED,DISCOVERY,MANADR,PROTORD,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)
# CIVIL DOCKET FOR CASE #: 8:19–cv–01880–JLS–KES

Hyundai Motor America, Inc. v. BNSF Railway Company et al

Assigned to: Judge Josephine L. Staton

Referred to: Magistrate Judge Karen E. Scott

Related Case:  8:19–cv–01881–JLS–KES

Cause: 15:15 Antitrust Litigation

Date Filed: 09/30/2019

Date Terminated: 02/07/2020

Jury Demand: Plaintiff

Nature of Suit: 410 Anti–Trust

Jurisdiction: Federal Question

**Plaintiff**

**Hyundai Motor America, Inc.**                    represented by    **Duane R Lyons**
Quinn Emanuel Urquhart and Sullivan LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017–2543
213–443–3000
Fax: 213–443–3100
Email: duanelyons@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Patrick Vance , Jr**
Quinn Emanuel Urquhart and Sullivan LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017–2543
213–443–3000
Fax: 213–443–3100
Email: bobbyvance@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Sami H Rashid**
Quinn Emanuel Urquhart and Sullivan LLP
51 Madison Avenue 22nd Floor
New York, NY 10010
212–849–7000
Fax: 212–849–7100
Email: samirashid@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen R Neuwirth**
Quinn Emanuel Urquhart and Sullivan LLP
51 Madison Avenue 22nd Floor
New York, NY 10010
212–849–7000
Fax: 212–849–7100
Email: stephenneuwirth@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Viola Trebicka**
Quinn Emanuel Urquhart and Sullivan LLP

865 South Figueroa Street 10th Floor
Los Angeles, CA 90017
213–443–3243
Fax: 213–443–3100
Email: violatrebicka@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BNSF Railway Company**                    represented by    **Robyn C Crowther**
                                                              Steptoe and Johnson LLP
                                                              633 West Fifth Street Suite 1900
                                                              Los Angeles, CA 90071
                                                              213–439–9400
                                                              Fax: 213–439–9599
                                                              Email: rcrowther@steptoe.com
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**CSX Transportation, Inc.**                represented by    **John S Gibson**
                                                              Crowell and Moring LLP
                                                              3 Park Plaza 20th Floor
                                                              Irvine, CA 92614–8505
                                                              949–263–8400
                                                              Fax: 949–263–8414
                                                              Email: jgibson@crowell.com
                                                              *LEAD ATTORNEY*

**Defendant**

**Norfolk Southern Railway Company**        represented by    **Brian Keith Condon**
                                                              Arnold and Porter Kaye Scholer LLP
                                                              777 South Figueroa Street 44th Floor
                                                              Los Angeles, CA 90017–2513
                                                              213–243–4000
                                                              Fax: 213–243–4199
                                                              Email: brian.condon@arnoldporter.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Union Pacific Railroad Company**          represented by    **Tyrone Richard Childress**
                                                              Jones Day
                                                              555 South Flower Street 50th Floor
                                                              Los Angeles, CA 90071–2452
                                                              213–489–3939
                                                              Fax: 213–243–2539
                                                              Email: tchildress@jonesday.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2019 | ïˆ 1 | COMPLAINT Receipt No: 0973–24529936 – Fee: $400, filed by Plaintiff Hyundai Motor America, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Notice of Interested Parties, # 3 BNSF Summons, # 4 CSX Summons, # 5 NS Summons, # 6 UP Summons) (Attorney Duane R Lyons added to party Hyundai Motor America, Inc.(pty:pla))(Lyons, Duane) (Entered: 09/30/2019) |
| 09/30/2019 | ïˆ 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Hyundai Motor America, Inc.. (Lyons, Duane) (Entered: 09/30/2019) |
| 09/30/2019 | ïˆ 3 | CORPORATE DISCLOSURE STATEMENT filed by Plaintiff Hyundai Motor America, Inc. identifying Hyundai Motor Company as Corporate Parent. (Lyons, Duane) (Entered: 09/30/2019) |
| 10/01/2019 | ïˆ 4 | NOTICE OF ASSIGNMENT to District Judge Josephine L. Staton and Magistrate Judge Karen E. Scott. (lh) (Entered: 10/01/2019) |
| 10/01/2019 | ïˆ 5 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (lh) (Entered: 10/01/2019) |
| 10/01/2019 | ïˆ 6 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants BNSF Railway Company, CSX Transportation, Inc., Norfolk Southern Railway Company, Union Pacific Railway Company. (Attachments: # 1 Summons as to Defendant CSX Transportation, Inc., # 2 Summons as to Defendant Norfolk Southern Railway Company, # 3 Summons as to Defendant Union Pacific Railroad Company) (lh) (Entered: 10/01/2019) |
| 10/01/2019 | ïˆ 7 | NOTICE OF DEFICIENCIES in Attorney Case Opening. The following error(s) was found: Other error(s) with document(s): Attachments No. 1 Civil Cover Sheet, No. 2 Notice of Interested Parties, No. 3 BNSF Summons, No. 4 CSX Summons, No. 5 NS Summons and No. 6 UP Summons should not have been attached to Docket Entry No. 1. Each document should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs. (lh) (Entered: 10/01/2019) |
| 10/02/2019 | ïˆ 8 | INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON. (tg) (Entered: 10/02/2019) |
| 10/09/2019 | ïˆ 9 | NOTICE of Related Case(s) filed by Plaintiff Hyundai Motor America, Inc.. Related Case(s): 8:19–cv–01881 (Lyons, Duane) (Entered: 10/09/2019) |
| 10/25/2019 | ïˆ 10 | APPLICATION of Non–Resident Attorney Stephen R. Neuwirth to Appear Pro Hac Vice on behalf of Plaintiff Hyundai Motor America, Inc. (Pro Hac Vice Fee – $400 Fee Paid, Receipt No. 0973–24669909) filed by Plaintiff Hyundai Motor America, Inc.. (Attachments: # 1 Proposed Order, # 2 Certificate of Good Standing from Southern District of New York) (Lyons, Duane) (Entered: 10/25/2019) |
| 10/25/2019 | ïˆ 11 | APPLICATION of Non–Resident Attorney Sami Rashid to Appear Pro Hac Vice on behalf of Plaintiff Hyundai Motor America, Inc. (Pro Hac Vice Fee – $400 Fee Paid, Receipt No. 0973–24670077) filed by Plaintiff Hyundai Motor America, Inc.. (Attachments: # 1 Proposed Order, # 2 Certificate of Good Standing from Southern District of New York) (Lyons, Duane) (Entered: 10/25/2019) |
| 10/25/2019 | ïˆ 12 | First STIPULATION Extending Time to Answer the complaint as to All Defendants, re Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Hyundai Motor America, Inc..(Lyons, Duane) (Entered: 10/25/2019) |
| 10/28/2019 | ïˆ 13 | AFFIDAVIT OF SERVICE Executed by Plaintiff Hyundai Motor America, Inc., upon Defendant BNSF Railway Company served on 10/28/2019, answer due 11/18/2019. Service of the Summons and Complaint were executed upon the Clerks Office in compliance with Federal Rules of Civil Procedure. *Duane Lyons* (Lyons, Duane). Modified on 10/30/2019 (jp). (Entered: 10/28/2019) |

| 10/28/2019 | 14 | AFFIDAVIT OF SERVICE Executed by Plaintiff Hyundai Motor America, Inc., upon Defendant CSX Transportation, Inc. served on 10/28/2019, answer due 11/18/2019. Service of the Summons and Complaint were executed upon the Clerks Office in compliance with Federal Rules of Civil Procedure. *Duane Lyons* (Lyons, Duane). Modified on 10/30/2019 (jp). (Entered: 10/28/2019) |
|---|---|---|
| 10/28/2019 | 15 | AFFIDAVIT OF SERVICE Executed by Plaintiff Hyundai Motor America, Inc., upon Defendant Norfolk Southern Railway Company served on 10/28/2019, answer due 11/18/2019. Service of the Summons and Complaint were executed upon the Clerks Office in compliance with Federal Rules of Civil Procedure. *Duane Lyons* (Lyons, Duane). Modified on 10/30/2019 (jp). (Entered: 10/28/2019) |
| 10/28/2019 | 16 | AFFIDAVIT OF SERVICE Executed by Plaintiff Hyundai Motor America, Inc., upon Defendant Union Pacific Railway Company served on 10/28/2019, answer due 11/18/2019. Service of the Summons and Complaint were executed upon the Clerks Office in compliance with Federal Rules of Civil Procedure. *Duane Lyons* (Lyons, Duane) Modified on 10/30/2019 (jp). (Entered: 10/28/2019) |
| 10/28/2019 | 17 | NOTICE OF SERVICE filed by plaintiff Hyundai Motor America, Inc., re Notice of Related Case(s) 9 *on Defendant BNSF* served on 10/11/2019. (Lyons, Duane) (Entered: 10/28/2019) |
| 10/28/2019 | 18 | NOTICE OF SERVICE filed by plaintiff Hyundai Motor America, Inc., re Notice of Related Case(s) 9 *on Defendant CSX* served on 10/11/2019. (Lyons, Duane) (Entered: 10/28/2019) |
| 10/28/2019 | 19 | NOTICE OF SERVICE filed by plaintiff Hyundai Motor America, Inc., re Notice of Related Case(s) 9 *on Defendant Norfolk Southern* served on 10/11/2019. (Lyons, Duane) (Entered: 10/28/2019) |
| 10/28/2019 | 20 | NOTICE OF SERVICE filed by plaintiff Hyundai Motor America, Inc., re Notice of Related Case(s) 9 *on Defendant Union Pacific* served on 10/11/2019. (Lyons, Duane) (Entered: 10/28/2019) |
| 10/29/2019 | 21 | NOTICE OF ERRATA filed by Plaintiff Hyundai Motor America, Inc.. correcting Service of Summons and Complaint Returned Executed (21 days), 15 , Service of Summons and Complaint Returned Executed (21 days), 14 , Service of Summons and Complaint Returned Executed (21 days), 13 , Service of Summons and Complaint Returned Executed (21 days), 16 (Trebicka, Viola) (Entered: 10/29/2019) |
| 10/29/2019 | 22 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non−Resident Attorney Stephen R. Neuwirth to Appear Pro Hac Vice on behalf of Plaintiff Hyundai Motor America, Inc. (Pro Hac Vice Fee – $400 Fee Paid, Receipt No. 0973−24669909) 10 . The following error(s) was/were found: Local Rule 83−2.1.3.3(a) Application not complete: state and/or federal courts to which the applicant has been admitted are not listed. Local Rule 83−2.1.3.3(d) Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted. (lt) (Entered: 10/29/2019) |
| 10/29/2019 | 23 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non−Resident Attorney Sami Rashid to Appear Pro Hac Vice on behalf of Plaintiff Hyundai Motor America, Inc. (Pro Hac Vice Fee – $400 Fee Paid, Receipt No. 0973−24670077) 11 . The following error(s) was/were found: Local Rule 83−2.1.3.3(d) Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted. (lt) Modified on 10/31/2019 (lt). (Entered: 10/29/2019) |
| 10/31/2019 | 24 | ORDER by Judge Josephine L. Staton: granting 10 Non−Resident Attorney Stephen R Neuwrith APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff Hyundai Motor America, Inc., designating Duane R Lyons as local counsel. (bm) (Entered: 10/31/2019) |
| 10/31/2019 | 25 | ORDER by Judge Josephine L. Staton: granting 11 Non−Resident Attorney Sami H Rashid APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff Hyundai Motor America, Inc., |

| | | |
|---|---|---|
| | | designating Duane R Lyons as local counsel. (bm) (Entered: 10/31/2019) |
| 11/07/2019 | 26 | [DOCUMENT STRICKEN PER ORDER DATED 11/12/2019, SEE DOCKET ENTRY NO. 27 ] – STIPULATION for Extension of Time to File Answer to 12/16/2019 re Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Hyundai Motor America, Inc.. (Attachments: # 1 Proposed Order)(Trebicka, Viola). Modified on 11/12/2019 (jp). (Entered: 11/07/2019) |
| 11/12/2019 | 27 | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S) by Judge Josephine L. Staton: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: Stipulation to Extend Time to Answer (More than 30 days) 26 , for the following reasons: Stipulation does not include signatures of defense counsel. (jp) (Entered: 11/12/2019) |
| 11/19/2019 | 28 | STIPULATION for Extension of Time to File Answer to 12/16/2019 filed by Plaintiff Hyundai Motor America, Inc.. (Attachments: # 1 Proposed Order)(Trebicka, Viola) (Entered: 11/19/2019) |
| 11/27/2019 | 29 | ORDER GRANTING Extension of Time to Answer or Respond to Complaint 28 by Judge Josephine L. Staton that the time for Defendants to answer or otherwise respond to the Complaint shall be extended until 12/16/2019. (jp) (Entered: 11/27/2019) |
| 12/11/2019 | 30 | NOTICE OF APPEARANCE OF COUNSEL filed by Defendant Norfolk Southern Railway Company. (Condon, Brian) (Entered: 12/11/2019) |
| 12/11/2019 | 31 | INITIAL DISCLOSURE of Defendant Norfolk Southern Railway Company per F.R.C.P. 7.1 and L.R. 7.1–1 filed by Defendant Norfolk Southern Railway Company (Condon, Brian) (Entered: 12/11/2019) |
| 12/12/2019 | 32 | STIPULATION for Protective Order filed by Plaintiff Hyundai Motor America, Inc..(Trebicka, Viola) (Entered: 12/12/2019) |
| 12/12/2019 | 33 | NOTICE OF APPEARANCE OF COUNSEL filed by Defendant Union Pacific Railway Company. (Childress, Tyrone) (Entered: 12/12/2019) |
| 12/12/2019 | 34 | NOTICE of Interested Parties filed by Defendant Union Pacific Railway Company, identifying Union Pacific Corporation. (Attorney Tyrone Richard Childress added to party Union Pacific Railway Company(pty:dft))(Childress, Tyrone) (Entered: 12/12/2019) |
| 12/12/2019 | 35 | INITIAL DISCLOSURE *per Fed. R. Civ. P. 7.1* filed by Defendant Union Pacific Railway Company (Childress, Tyrone) (Entered: 12/12/2019) |
| 12/14/2019 | 36 | NOTICE of Appearance filed by attorney Robyn C Crowther on behalf of Defendant BNSF Railway Company (Attorney Robyn C Crowther added to party BNSF Railway Company(pty:dft))(Crowther, Robyn) (Entered: 12/14/2019) |
| 12/16/2019 | 37 | CORPORATE DISCLOSURE STATEMENT filed by Defendant BNSF Railway Company identifying Berkshire Hathaway Inc. as Corporate Parent. (Crowther, Robyn) (Entered: 12/16/2019) |
| 12/16/2019 | 38 | ANSWER to Complaint (Attorney Civil Case Opening), 1 with JURY DEMAND filed by Defendant Union Pacific Railway Company.(Childress, Tyrone) (Entered: 12/16/2019) |
| 12/16/2019 | 39 | ANSWER to Complaint (Attorney Civil Case Opening), 1 with JURY DEMAND filed by Defendant BNSF Railway Company.(Crowther, Robyn) (Entered: 12/16/2019) |
| 12/16/2019 | 40 | ANSWER to Complaint (Attorney Civil Case Opening), 1 with JURY DEMAND filed by Defendant CSX Transportation, Inc..(Attorney John S Gibson added to party CSX Transportation, Inc.(pty:dft))(Gibson, John) (Entered: 12/16/2019) |
| 12/16/2019 | 41 | |

| | | |
|---|---|---|
| | | NOTICE of Interested Parties filed by Defendant CSX Transportation, Inc., identifying CSX Corporation. (Gibson, John) (Entered: 12/16/2019) |
| 12/16/2019 | 42 | ANSWER to Complaint (Attorney Civil Case Opening), 1 with JURY DEMAND filed by Defendant Norfolk Southern Railway Company.(Attorney Brian Keith Condon added to party Norfolk Southern Railway Company(pty:dft))(Condon, Brian) (Entered: 12/16/2019) |
| 12/16/2019 | 43 | STIPULATED PROTECTIVE ORDER by Magistrate Judge Karen E. Scott: re Stipulation for Protective Order 32 . (sbou) (Entered: 12/17/2019) |
| 12/17/2019 | 44 | ORDER SETTING SCHEDULING CONFERENCE: Scheduling Conference is set for 2/7/2020 at 10:30 AM before Judge Josephine L. Staton. Review document for details. (tg) (Entered: 12/17/2019) |
| 12/18/2019 | 45 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Appearance 36 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Notice of Appearance or Withdrawal of Counsel G123. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 12/18/2019) |
| 12/23/2019 | 46 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice (Other) 30 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Notice of Appearance. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 12/23/2019) |
| 12/23/2019 | 47 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice (Other) 33 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Notice of Appearance. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 12/23/2019) |
| 01/17/2020 | 48 | Joint STIPULATION to Continue Scheduling Conference and FRCP 26(a)(1) and (f) Deadlines filed by Defendant Union Pacific Railroad Company. (Attachments: # 1 Proposed Order)(Childress, Tyrone) (Entered: 01/17/2020) |
| 01/29/2020 | 49 | GRANTING UNOPPOSED JOINT STIPULATED MOTION REGARDING SCHEDULING CONFERENCE AND DEADLINES UNDER FED. R. CIV. P. 26(A)(1) AND (F) 48 by Judge Josephine L. Staton. It is hereby ORDERED that the MOTION is GRANTED: a. The Scheduling Conference currently set for February 7, 2020 in the above–captioned case, and all related meet and confer, disclosure, and reporting deadlines are vacated; and b. If this case remains in this Court after resolution of the JPML Motion, the parties shall file a status report with the Court within 14 days of the Judicial Panel on Multidistrict Litigation's Order on the JPML Motion so that this Court can take appropriate action, including resetting the Scheduling Conference and associated deadlines. (lom) (Entered: 01/29/2020) |
| 02/07/2020 | 50 | Transfer Order from the United States Judicial Panel on Multidistrict Litigation, MDL 2925, transferring case to USDC, District of Columbia, and with the consent of that court, assigned to Honorable Berryl A. Howell for coordinated or consolidated pretrial proceedings,. Case transferred electronically. (MD JS–6. Case Terminated.) (jp) (Entered: 02/07/2020) |